IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **PATRICK HAROLD,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CASE NO. _____ |
| | § | |
| **CORY TERRELL FORD, WAR** | § | |
| **EAGLE TRUCKING, LLC, STG** | § | |
| **DRAYAGE, LLC, XPO DRAYAGE,** | § | JURY |
| **LLC, AND STG LOGISTICS, INC.** | § | |
| | § | |
| *Defendants*. | § | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Patrick Harold, files this action against Defendants Cory Terrell Ford, War Eagle Trucking, LLC, STG Drayage LLC, XPO Drayage LLC, and STG Logistics, LLC. In support thereof, Plaintiff respectfully shows the Court as follows:

### I.  NATURE OF THE CASE

1. On or about March 13, 2023, Plaintiff Patrick Harold was driving on IH-10 westbound toward Louisiana when his vehicle was forced between two trucks hauling trailers. Due to Cory Terrell Ford making an improper lane change, Plaintiff was crushed between the two vehicles, which caused both property damage and personal injuries, for which he now seeks compensation.

2. This suit is against Cory Terrell Ford, War Eagle Trucking, LLC, STG Drayage LLC, XPO Drayage LLC, and STG Logistics, LLC.

3. At the time of the collisions, Defendant Cory Terrell Ford was in the course and scope of his employment with War Eagle Trucking, LLC and/or STG Drayage LLC.

## II.     PARTIES

4. Plaintiff, Patrick Harold, is an individual and citizen of Louisiana. Mr. Harold is domiciled in Orleans Parish, Louisiana.

5. Defendant, Cory Terrell Ford, is an individual and citizen of South Carolina. Defendant Ford is domiciled in Fairfield County, South Carolina at 290 Cedar Street, Winnsboro, South Carolina 29180. Defendant Ford is a nonresident who engages in business in Texas but does not maintain a place of business in Texas or have a designated agent for service of process. This action arises from Ford's business in Texas.  Therefore, Ford may be served by delivering a copy of this complaint and summons to the Texas Secretary of State at P.O. Box 12079, Austin, Texas 78711.  *See* Tex. Civ. Prac. & Rem. Code § 17.044(b).

6. Defendant War Eagle Trucking, LLC, is a foreign limited liability company conducting business in the State of Texas with its principal place of business at 310 Transfer Drive, Indianapolis, Indiana. Additionally, Defendant War Eagle Trucking, LLC is a nonresident entity that engages in business in Texas but does not maintain a place of business in Texas or have a designated agent for service of process in Texas. This action arises from War Eagle Trucking, LLC's business in Texas.  Therefore, Defendant War Eagle Trucking, LLC may be served by delivering a copy of this complaint and summons to the Texas Secretary of State at P.O. Box 12079, Austin, Texas 78711.  *See* Tex. Civ. Prac. & Rem. Code § 17.044(b).

7. Defendant, STG Drayage, LLC is a foreign limited liability company conducting business in the State of Texas and registered with its principal place of business at 5165 Emerald Parkway #300, Dublin, Ohio 43017 and can be served through its principal and registered agent, Corporate Creations Network Inc. at 119 E. Court Street, Cincinnati, Ohio 45202.

Additionally, STG Drayage, LLC is a nonresident entity that engages in business in Texas but does not maintain a place of business in Texas or have a designated agent for service of process in Texas. This action arises from STG Drayage, LLC's business in Texas. Therefore, Defendant STG Drayage, LLC may be served by delivering a copy of this complaint and summons to the Texas Secretary of State at P.O. Box 12079, Austin, Texas 78711.  *See* Tex. Civ. Prac. & Rem. Code § 17.044(b).

8. Defendant, XPO Drayage, LLC is a foreign limited liability company conducting business in the State of Texas and registered with its principal place of business at 5165 Emerald Parkway #300, Dublin, Ohio 43017 and can be served through its principal and registered agent, Corporate Creations Network Inc. at 119 E. Court Street, Cincinnati, Ohio 45202. Additionally, XPO Drayage, LLC is a nonresident entity that engages in business in Texas but does not maintain a place of business in Texas or have a designated agent for service of process in Texas. This action arises from XPO Drayage, LLC's business in Texas. Therefore, Defendant XPO Drayage, LLC may be served by delivering a copy of this complaint and summons to the Texas Secretary of State at P.O. Box 12079, Austin, Texas 78711.  *See* Tex. Civ. Prac. & Rem. Code § 17.044(b).

9. Defendant, STG Logistics, Inc. is a domestic for-profit corporation conducting business in the State of Texas and registered with its principal place of business at 8525 Jackrabbit Road, Suite O, Houston, Texas 77095. Defendant, STG Logistics, Inc., can be served through its principal and registered agent, Timothy R. Canady at 11510 FM 1488, Suite A400, Magnolia, Texas 77353.

### III. JURISDICTION

10. The Court has subject matter jurisdiction of this action under 28 U.S.C. § 1332. There is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

11. The Court has personal jurisdiction over Defendants Cory Terrell Ford, War Eagle Trucking, LLC, STG Drayage LLC, XPO Drayage LLC, and STG Logistics, LLC because these Defendants routinely and regularly transacted business in Texas by operating within the state. Moreover, this action arises out of a wreck that occurred while Defendants were operating a motor vehicle in Jefferson County, Texas giving rise to specific personal jurisdiction.

### IV. VENUE

12. Venue is proper in this district under 28 U.S.C. § 1391(b)(2) because a substantial portion of the acts, events, or omissions giving rise to this claim occurred in Jefferson County, Texas, which falls within the United District Court for the Eastern District of Texas, Beaumont Division.

### V. CONDITIONS PRECEDENT

13. All conditions precedent have been performed or have occurred.

### VI. FACTUAL BACKGROUND

14. On or about March 13, 2023, Defendant Cory Terrell Ford was traveling west in the outside lane of the 2700 block of IH-10 in Beaumont, Texas. He was driving a 2007 white freightliner pulling a trailer, both owned by Defendant War Eagle Trucking LLC and/or STG Drayage, LLC.

15. Defendant Cory Terrell Ford was within the course and scope of his employment with Defendant War Eagle Trucking, LLC and/or STG Drayage LLC.

16. Plaintiff, driving a 2011 Honda CR-V, was traveling west in the middle lane of the 2700 block of IH-10.

17. Defendant Cory Terrell Ford made an unsafe lane change, causing Plaintiff to strike another vehicle on the right passenger side.

18. Defendant Cory Terrell Ford received a citation for making an Unsafe Lane Change.

19. Plaintiff's vehicle sustained significant property damage and he suffered serious bodily injuries.

## VII.    CAUSES OF ACTION

20. Plaintiff hereby adopts, incorporates, restates, and re-alleges the proceeding paragraphs with regard to all causes of action.

21. The collisions were caused by one or more negligent acts and/or omissions on the part of Defendants. The negligent acts were the proximate cause of Plaintiff's serious and debilitating personal injuries.

22. The collisions and all damages and injuries resulting therefrom were not caused by or contributed to by Plaintiff or an innocent third party; nor did same occur through any fault or negligence on the part of Plaintiff, but were caused solely by the acts, wrongs, and/or omissions of Defendants, which said acts, wrongs, and/or omissions were the proximate cause of the injuries and damages sustained by Plaintiff.

    A.    NEGLIGENCE

23. Plaintiff hereby adopts, incorporates, restates and re-alleges the proceeding paragraphs.

24. Defendant Ford is liable for Plaintiff's injuries and damages because of numerous negligent acts and omissions by Defendant Ford; including, but not limited to the following:

    a. Making an unsafe lane change;

    b. In failing to maintain his lane;

    c. In failing to operate a motor vehicle at a speed that was reasonable and prudent under the conditions and with regard to the actual and potential hazards then existing;

    d. In failing to maintain a safe distance between the motor vehicle he was operating and Plaintiff's vehicle;

    e. In failing to maintain a proper lookout as a person of ordinary prudence would have kept under the same or similar circumstances;

    f. In failing to stay alert;

    g. In failing to properly and timely apply the brakes;

    h. In failing to turn, swerve, or otherwise maneuver the vehicle in order to avoid the collisions made the basis of this suit;

    i. In failing to drive in a single lane;

    j. In failing to maintain proper control of his vehicle;

    k. Various other acts of negligence and negligence per se to be specified at the time of trial.

25. Defendant War Eagle Trucking, LLC, STG Drayage LLC, XPO Drayage LLC, and/or STG Logistics, LLC is liable for Plaintiff's injuries and damages because of numerous negligent acts and omissions by Defendant Ford; including, but not limited to the following:

    a. Making an unsafe lane change;

    b. In failing to maintain his lane;

    c. In failing to operate a motor vehicle at a speed that was reasonable and prudent under the conditions and with regard to the actual and potential hazards then existing;

    d. In failing to maintain a safe distance between the motor vehicle he was operating and Plaintiff's vehicle;

    e. In failing to maintain a proper lookout as a person of ordinary prudence would have kept under the same or similar circumstances;

    f. In failing to stay alert;

    g. In failing to properly and timely apply the brakes;

    h. In failing to turn, swerve, or otherwise maneuver the vehicle in order to avoid the collisions made the basis of this suit;

    i. In failing to drive in a single lane;

    j. In failing to maintain proper control of his vehicle;

    k. Various other acts of negligence and negligence per se to be specified at the time of trial.

26. Each of these acts and omissions, singularly, or in combination with others, constitutes negligence, which proximately caused the occurrence made the basis of this action and the Plaintiff's injuries and damages.

    **B.    RESPONDEAT SUPERIOR**

27. Plaintiff hereby adopts, incorporates, restates and re-alleges the proceeding paragraphs.

28. At all times relevant, Defendant Ford was an employee, borrowed employee, and/or agent of War Eagle Trucking, LLC and/or STG Drayage LLC and was acting with the course and scope of his employment and/or agency with the consent, permission, authorization and knowledge of Defendant War Eagle Trucking, LLC and/or STG Drayage LLC.

29. Upon information and belief, at all material times, Defendant War Eagle Trucking, LLC and/or STG Drayage LLC exercised control over Ford's work and the means, method and manner of such work.

30. Upon information and belief, Defendant Ford was an employee and/or agent of Defendant War Eagle Trucking, LLC and/or STG Drayage LLC and was in the course of scope of his employment with Defendant War Eagle Trucking, LLC and/or STG Drayage LLC at the time of the collision. Defendant War Eagle Trucking, LLC and/or STG Drayage LLC entrusted Defendant Ford with a tractor and/or trailer for hauling activities. Defendant War Eagle Trucking, LLC and/or STG Drayage LLC are liable for the negligence of Defendant Ford.

## VIII.   DAMAGES

31. Plaintiff hereby adopts, incorporates, restates, and re-alleges the proceeding paragraphs.

32. As a result of injuries and damages sustained by Plaintiff at the hands of the Defendants, Plaintiff hereby sues for the following items of damage:

    a. Physical pain and suffering in the past;

    b. Physical pain and suffering the Plaintiff will experience in the future;

    c. Mental anguish suffered in the past;

    d. Mental anguish the Plaintiff will experience in the future;

    e. Medical expenses incurred in the past;

    f. Medical expenses the Plaintiff will incur in the future;

    g. Physical impairment suffered in the past;

    h. Physical impairment the Plaintiff will suffer in the future;

    k. Loss of quality of life; and

l. Property damages.

## IX. PREJUDGMENT, POST JUDGMENT INTEREST, AND COURT COSTS

33. Plaintiff hereby adopts, incorporates, restates and re-alleges the proceeding paragraphs.

34. Plaintiff seeks to recover the maximum amount of prejudgment and post judgment interest allowed by law.

35. Plaintiff seeks to recover his Court Costs.

## X. RELIEF REQUESTED

36. The preceding factual statements and allegations are incorporated by reference.

37. For these reasons, Plaintiff prays for judgment against Defendants for the following:

a. Actual damages;

b. Pre-judgment and post-judgment interest;

c. Attorney's fees and expenses;

d. Costs of Court; and

f. Such other and further relief as the Court deems just and equitable.

## XI. JURY DEMAND

38. Plaintiff respectfully demands a trial by jury and has tendered the appropriate fee.

## XII. PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests Defendants to be cited to appear and answer herein, and that upon final trial hereof, the Court award the relief requested against Defendants.

Respectfully submitted,

**BERNSEN LAW FIRM**

/s/ *Cade Bernsen*
**David E. Bernsen**
Texas Bar No. 02217500

dbernsen@bernsenlaw.com
**Cade Bernsen**
Texas Bar No. 24073918
cbernsen@bernsenlaw.com
**Marianne Laine**
Texas Bar No. 24062834
mlaine@bernsenlaw.com
**Jamie Matuska**
Texas Bar No. 2405162
jmatuska@bernsenlaw.com
420 N. MLK, Jr. Pkwy
Beaumont, Texas 77701
(409) 212-9994 – Telephone
(409) 212-9411 – Facsimile
**ATTORNEYS FOR PLAINTIFF**
