IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PATRICK HAROLD, | § | |
| *Plaintiff,* | § § § | |
| VS. | § § | |
| | § | CIVIL ACTION NO. 1:23-CV-00387 |
| CORY TERRELL FORD, WAR EAGLE TRUCKING, LLC, STG DRAYAGE, LLC, XPO DRAYAGE, LLC, AND STG LOGISTICS, INC., | § § § § § § | JUDGE MICHAEL J. TRUNCALE |
| *Defendants.* | § | |

## ACKNOWLEDGEMENT OF JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has received the Parties' Joint Stipulation of Dismissal with Prejudice [Dkt. 53] filed in this matter. The Parties advise that they have reached a resolution by way of settlement and file the present stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court hereby acknowledges the Parties' Joint Stipulation of Dismissal with Prejudice effective the date of filing.

Accordingly, this matter is **DISMISSED WITH PREJUDICE**, and all attorney's fees and costs shall be taxed against the Party incurring same.

All Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 3rd day of December, 2024.**

*[signature]*
Michael J. Truncale
United States District Judge